0      6157

No opinion
ever issued
under this
number.